UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMIE RAYE BARNHILL,

    Plaintiff,

v.                                                  Case No. 8:06-cv-922-T-23TGW

M.D. DANIEL CHEERY, III
M.D. LONG NGOC DO,

    Defendants.
_____/

## O R D E R

This matter is before the court for consideration of the defendants' amended motion for summary judgment (Doc. 43), which the Magistrate Judge recommends granting. Each party was provided a copy of the report and recommendation (Doc. 51), and on March 12, 2008, Barnhill filed his objections (Doc. 54). The court independently examined the file and reviewed Magistrate Judge Wilson's report and recommendation and Barnhill's objections. Upon consideration, the objections are overruled and the report and recommendation (Doc. 51) is **ADOPTED** and incorporated by reference into this order. The defendants' amended motion for summary judgment (Doc. 43) is **GRANTED** as recommended (Doc. 51). All other motions are denied as moot. The clerk shall enter a judgment for the defendants and close this action.

ORDERED in Tampa, Florida, on March 20, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE